IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Ellen Russ, *on behalf of themselves and all others similarly situated*, | ) 4:20-cv-00187-JD |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| Marriott Ownership Resorts, Inc; Marriott Resorts Hospitality Corporation; OceanWatch Villas Owners Association; Hardin Construction Company, LLC; HKS, Inc; Schmidt & Stacey Consulting Engineers, Inc; Cayce Company, Inc; Royal Concrete, Inc; Cartner Glass of Myrtle Beach, Inc; All Aspects Inc; TSG Industries, Inc; First Exteriors, LLC; ABG Caulking Contractors, Inc; CPP Enterprises, LLC, *d/b/a* Renovia; CP Rankin, Inc; CPP Enterprises, LLC, Defendant. | ) |

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within ninety (90) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed.R.Civ.P. In the alternative, to the extent permitted by law, either party may within ninety (90) days petition the Court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within ninety (90) days, from the filing date of this order.

IT IS SO ORDERED.

*/s/ Joseph T. Dawson III*
Joseph Dawson, III
United States District Judge

October 30, 2025
Florence, South Carolina